

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RODERICK D. LOWE<br>    LA. DOC # 377000<br>VS.<br><br>POLICE DEPARTMENT OF ALEXANDRIA,<br>ET AL. | CIVIL ACTION NO. 1:08-cv-1518<br><br>JUDGE DRELL<br><br><br>MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** this civil action be **REMANDED** to the Ninth Judicial District Court, Rapides Parish, Louisiana pursuant to the provisions of 28 U.S.C. §1447(c).

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 30T- day of April, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE