

# United States District Court
OFFICE OF THE CLERK
## Western District of Louisiana

April 30, 2010

800 Lafayette Street, Suite 2100
Lafayette, LA 70501
1-337-593-5000

300 Fannin Street, Suite 1167
Shreveport, LA 71101-3083
1-318-676-4276

**RECEIVED**
**MAY 07 2010**
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

Clerk of Court
9th Judicial District Court
Rapides Parish Courthouse
P. O. Box 952
Alexandria, LA. 71309

      In re:   Civil Action No. 08-1518
               Your Case No. 231,902-A
               Roderick D. Lowe vs. Alexandria Police Dept.

Dear Madam:

      Please be advised that the above captioned matter has been remanded to your Court. We enclose herewith certified copies of our docket entries and the Judgment or Order to Remand.

      The official court record for the Western District of Louisiana is the electronic case filing system, CM/ECF. Our website is https://ecf.lawd.uscourts.gov; counsel may access this database to obtain any pleadings you require.

      Please acknowledge receipt on the enclosed copy of this letter.

      For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.

      THUS DONE April 30, 2010.

                                                      TONY R. MOORE
                                                      CLERK OF COURT

mll

